IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JOSE POLANCO PENALVER, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. EP-26-CV-169-KC |
| § | |
| PAM BONDI et al., § | |
| § | |
| Respondents. § | |

# ORDER

On this day, the Court considered the case. On February 6, 2026, the Court described its concerns that Respondents' attorney may have violated her duty of candor to the Court and her obligation to serve Petitioner Jose Polanco Penalver with a pleading. Feb. 6, 2026, Order, ECF No. 9. Respondents' attorney has now filed a lengthy Response, ECF No. 12, apologizing for her conduct and recognizing its severity. She also provides some explanation and context for her decisions to omit a citation to controlling authority directly contrary to her argument, as well as her attempt to serve Polanco Penalver at a location where she knew he would not receive mail. *See generally id.* While these explanations hardly justify her actions, the Court appreciates Respondents' attorney's thorough Response and finds that a hearing is no longer necessary.

Separately, Respondents inform the Court that Polanco Penalver, who is subject to a final order of removal, is set to be removed to his native Cuba "on or before March 15, 2026." Decl. Angel C. Garite ¶ 11, ECF No. 12-2. Because Polanco Penalver's removal from the United States would moot this Petition and eliminate the need to determine whether to proceed with this case in light of the other pending habeas petition in Georgia, the Court takes this matter under advisement until then.

Accordingly, the Court **ORDERS** that the February 17, 2026, Hearing is **CANCELED** and all related instructions in the Court's prior Order are **VACATED**.

**IT IS FURTHER ORDERED** that, on or before March 16, 2026, Respondents shall **FILE** notice of whether Polanco Penalver has been removed to Cuba.

**SO ORDERED**.

**SIGNED** this 13th day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE