**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JOSE POLANCO PENALVER,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-169-KC** |
| | § | |
| **PAM BONDI et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

On this day, the Court considered the case.  On February 12, 2026, Respondents informed the Court that Polanco Penalver, who is subject to a final order of removal, was scheduled to be removed to his native Cuba "on or before March 15, 2026."  Decl. Angel C. Garite ¶ 11, ECF No. 12-2.  The Court thus ordered Respondents to file notice by March 16 stating whether Polanco Penalver was removed to Cuba.  Feb. 13, 2026, Order 2, ECF No. 13.

Respondents now inform the Court that they did not remove Polanco Penalver to Cuba because his removal was re-scheduled.  Advisory, ECF No. 15.  Polanco Penalver is now scheduled for removal on March 19.  *Id.*

Accordingly, the Court **ORDERS** that **on or before March 20, 2026**, Respondents shall **FILE** notice of whether Polanco Penalver has been removed to Cuba.

**SO ORDERED**.

**SIGNED this 18th day of March, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE